IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,         )<br>                              )<br>    vs.                       )<br>                              )<br>WILLIAM SCHWENING and         )<br>RUSSELL HOFFMANN,             )<br>                              )<br>            Defendants.       ) | Case No. 8:05CR282<br><br>**SCHEDULING ORDER** |

**IT IS ORDERED** that the February 2, 2006 hearing on defendant Hoffmann's Motion to Dismiss (#33) will include the Motion for Bill of Particulars.

DATED this 13th day of January 2006.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge