IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 8:05CR282 |
| ) | |
| RUSSELL HOFFMAN, ) | **SCHEDULING ORDER** |
| WILLIAM SCHWENING, ) | |
| ) | |
| Defendant. ) | |

ON THE COURT'S OWN MOTION,

IT IS ORDERED that the telephone conference regarding the 17.1 hearing is rescheduled to  June 19, 2006 at 3:00 p.m. before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

DATED this 20th day of March, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge