# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| )                             | Case No. 8:05CR282 |
| Plaintiff,          ) | |
| )                             | |
| vs.                           ) | |
| )                             | ORDER |
| WILLIAM SCHWENING,         ) | |
| RUSSELL HOFFMANN,          ) | |
| )                             | |
| Defendants.         ) | |

This case came before the court for a telephone conference with counsel regarding a 17.1 hearing. Charles Forrest represented defendant Schwening, Richard Greenberg represented defendant Hoffmann, and Jan Sharp, Assistant U. S. Attorney, represented the plaintiff. Therefore,

**IT IS ORDERED:**

1. Any motions in limine shall be filed **on or before June 26, 2006.**

2. A hearing on the motions in limine will be held before the Honorable Joseph F. Bataillon, on **July 5, 2006 at 8:30 a.m.,** in Courtroom 3, 3rd Floor of the Roman L. Hruska, United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

3. Arraignment of the defendants on the Second Superseding Indictment will also be held on **July 5, 2006 at 8:30 a.m.**, before the Honorable Joseph F. Bataillon.

Dated this 19th day of June 2006.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge