IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case Number 8:05CR282 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | JUDGMENT |
| WILLIAM SCHWENING, | ) ) | |
| Defendant. | ) ) | |

The defendant having entered a plea of not guilty to Counts I, II, III, IV and V of the Second Superseding Indictment, and the jury having found that the defendant is not guilty,

IT IS ORDERED that judgment is hereby entered accordingly, and the defendant is discharged as to these counts.

DATED this 19th day of July, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge